IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| USA TECHNOLOGIES, INC. | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 17-0946 |
| v. | : | |
| | : | |
| ON TRACK INNOVATIONS LTD., et al. | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW,** this 2nd day of November 2017, upon notification that the issues between Plaintiff and Defendants have been settled, it is hereby **ORDERED** that all claims against said Defendants are **DISMISSED** with prejudice, pursuant to the agreement of the parties. To conform to Local Rule of Civil Procedure 41.1(b), the Clerk of Court is directed to enter this Order and to mark this case closed. It is further **ORDERED** that all outstanding motions are **DENIED** as **MOOT**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*